UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY KIRK THOMPSON,

          Plaintiff,

   v.

DOUG WADINGTON, DELP, WCC MEDICAL STAFF,

          Defendants.

CASE NO. 3:15-CV-05460-RBL-DWC

ORDER

Plaintiff, who is proceeding *pro se*, filed his proposed Complaint on July 6, 2015. Dkt. 1. Plaintiff submitted a prison trust account statement, but did not submit an application to proceed *in forma pauperis* ("IFP") or pay the $400.00 filing fee. *See* Dkt. 4. The Clerk of Court instructed Plaintiff to file an application to proceed IFP or pay the filing fee by August 5, 2015. Dkt. 2. As of the date of this Order, Plaintiff has failed to pay the filing fee or submit an application to proceed IFP.

ORDER - 1

1  The Court orders Plaintiff to submit an application to proceed IFP or pay the $400.00
2  filing fee by September 11, 2015. If Plaintiff fails to comply with this Order, the Court will
3  recommend the case be dismissed.
4  The Clerk is directed to send Plaintiff a second application to proceed IFP and a copy of
5  this Order.
6  Dated this 11th day of August, 2015.

David W. Christel
United States Magistrate Judge

ORDER - 2