UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY KIRK THOMPSON,<br><br>                     Plaintiff,<br>     v.<br><br>DOUG WADINGTON, DELP, WCC MEDICAL STAFF,<br><br>                    Defendants. | No. 3:15-CV-05460-RBL-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Plaintiff's case is dismissed without prejudice based on Plaintiff's failure to follow the Court's Order and prosecute this case.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 16th day of October, 2015.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1